UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESTER WILLIAMS,

    Petitioner,                                   Case No. 1:08-cv-875

v                                                  HON. JANET T. NEFF

PEOPLE OF THE STATE OF
MICHIGAN,

    Respondent.
_____/

## **FINAL ORDER**

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court deny the petition. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt January 14, 2009) is APPROVED and ADOPTED as the opinion of the Court and the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted. Petitioner has not demonstrated that reasonable jurists

would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).


Date: February 5, 2009             /s/Janet T. Neff
                                  JANET T. NEFF
                                  United States District Judge